(58 South. 141.)

No. 18,610.

FIRST NAT. BANK OF ARCADIA v. PETTY et al.

(March 25, 1912.)

*(Syllabus by Editorial Staff.)*

NEW TRIAL (§ 153*)—MOTION — RIGHT TO FILE.

Under Code Prac. arts. 558, 559, providing that a party, aggrieved by a judgment against him, may, within three judicial days after such judgment, pray a new trial, and that one demanding a new trial must set forth and file the grounds of his demand, the court could not refuse to allow a motion for a new trial to be filed on the second day after judgment was rendered, because it came too late, was not sworn to, and was without merit; his right to file the motion being absolute under the statute.

[Ed. Note.—For other cases, see New Trial, Cent. Dig. §§ 283, 288; Dec. Dig. § 153.*]

Appeal from Third Judicial District Court, Parish of Bienville; Benjamin P. Edwards, Judge.

Action by the First National Bank of Arcadia against C. F. Petty and others. From a judgment for plaintiff, defendant Petty appeals. Remanded.

S. C. McGarrity, for appellants. Wimberly & Reeves, for appellee.

PROVOSTY, J. Judgment was rendered against the defendant on the 16th of the month, and he presented a motion for a new trial on the 18th. The court refused to allow the motion to be filed, on the grounds that it came too late, that it was not sworn to, and was without merit. These would, perhaps, have been good grounds for overruling the motion, but were not for refusing to allow the motion to be filed. The defendant had the absolute right to have his motion filed. C. P. arts. 558, 559.

The order denying the right to file a motion for a new trial is therefore set aside, and the case is remanded, to be proceeded with according to law. Plaintiff and appellee to pay the cost of appeal